|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | UNITED STATES DISTRICT COURT | |
| 4 | DISTRICT OF NEVADA | |
| 5 | * * * | |

| | |
|---|---|
| MICHELLE JULIE RONQUILLO,<br><br>                      Plaintiff,<br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>                      Defendant. | Case No. 3:18-cv-00306-MMD-WGC<br><br>ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE WILLIAM G. COBB |

Before the Court is Magistrate Judge William G. Cobb's Report and Recommendation ("R&R") (ECF No. 18), regarding Plaintiff Michelle Julie Ronquillo's motion for summary judgment (ECF No. 13), and Defendant Commissioner's cross-motion for summary judgment (ECF No. 16). Judge Cobb recommended granting Plaintiff's motion, finding that the Commissioner's decision be should reversed and the case be remanded for further proceedings. (ECF No. 18.) The Commissioner had until June 20, 2019 to object. (*Id.*) No objections were filed.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the Court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). Where a party fails to object, however, the court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See*

*United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) (disregarding the standard of review employed by the district court when reviewing a report and recommendation to which no objections were made); *see also Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (reading the Ninth Circuit's decision in *Reyna-Tapia* as adopting the view that district courts are not required to review "any issue that is not the subject of an objection"). Thus, if there is no objection to a magistrate judge's recommendation, then the court may accept the recommendation without review*. See, e.g.*, *Johnstone*, 263 F. Supp. 2d at 1226 (accepting, without review, a magistrate judge's recommendation to which no objection was filed).

As noted, the Commissioner has not objected and the deadline for objecting has expired. Accordingly, the Court adopts Judge Cobb's R&R in full.

It is hereby ordered that Judge Cobb's R&R (ECF No. 18) is accepted and adopted. Plaintiff's motion for summary judgment (ECF No. 13) is granted and the Commissioner's cross-motion for summary judgment (ECF No. 16) is denied.

It is further ordered that the case is remanded to the ALJ for development of the record and further administrative proceedings consistent with the R&R.

The Clerk of Court is directed to enter judgment in accordance with this order and close this case.

DATED THIS 21st day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE